**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MAURICO HERNANDEZ,**

                **Plaintiff,**

-vs-                                                               Case No. 6:05-cv-1654-Orl-28KRS

**TROPICAL MAGIC, LLC, CELINA POY-WING,**

                **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **JOINT MOTION FOR REVIEW OF SETTLEMENT AGREEMENT, FOR APPROVAL OF SETTLEMENT AGREEMENT, AND FOR ENTRY OF STIPULATED JUDGMENT (Doc. No. 28)**
>
> **FILED:**   **June 2, 2006**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      On April 13, 2006, the parties advised the Court that this action has been completely settled. Doc. No. 24. As a result, the presiding district judge, the Honorable John Antoon II, dismissed this matter "without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment." Doc. No. 25. The parties now request the Court to approve their settlement and retain jurisdiction to enforce the terms of the agreement. Doc. No. 28.

      "When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing

the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based upon the information proffered by the parties, I conclude that the settlement is a reasonable compromise of issues actually in dispute. Specifically, Plaintiff Mauricio Hernandez initially sought $6,024.00 for payment of overtime wages and liquidated damages, for violations of the overtime provisions of the FLSA. *See* Doc. No. 14-2. In the settlement agreement, the defendants agree to pay Hernandez $3,500, which would more than fully compensate him for the overtime hours worked. Doc. No. 28-2 at 2-3.

In light of the foregoing, I respectfully recommend that the Court re-open this action and approve the settlement agreement entered into between the parties. I further recommend that, thereafter, the Court dismiss this matter with prejudice, as stipulated to by the parties, and retain jurisdiction to enforce the settlement agreement.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy