UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAURICO HERNANDEZ,**

        **Plaintiff,**

-vs-                                            Case No. 6:05-cv-1654-Orl-28KRS

**TROPICAL MAGIC, LLC, CELINA POY-WING,**

        **Defendants.**

## ORDER

This case is before the Court on Joint Motion for Review of Settlement Agreement, For Approval of Settlement Agreement, and for Entry of Stipulated Judgment (Doc. No. 28) filed June 2, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 6, 2006 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Review of Settlement Agreement, For Approval of Settlement Agreement, and for Entry of Stipulated Judgment (Doc. No. 28) is **GRANTED.** The Court re-opens this action for the limited purpose of approving the settlement agreement. Following entry of this Order approving the Stipulated Judgment, this matter is

dismissed with prejudice as stipulated to by the parties, and the court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___8___ day of June, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party